## 14953.  WORTHY v. THE STATE.

LUKE, J.  The evidence fully authorized the defendant's conviction, and the court, having approved the verdict, properly overruled the motion for a new trial, which was based only on the usual general grounds.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 15, 1923.

Accusation of possession of liquor; from city court of Dawson— Judge Edwards.  July 28, 1923.

*R. R. Marlin,* for plaintiff in error.

*W. H. Gurr, solicitor,* contra.